IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No.  26-cv-966 |
| | ) | |
| BUZY BEES CONSTRUCTION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The plaintiff, United States of America, by its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Adam E. Hanna, Assistant United States Attorney, and alleges the following:

### I.  INTRODUCTION

1.      This is a civil action brought by the plaintiff, United States of America, on behalf of the Department of Labor ("DOL"), to reduce to judgment civil money penalties owed by the defendant for violations of the Occupational Safety and Health Act of 1970 ("Act"), 29 U.S.C. § 651, *et seq.*

### II. JURISDICTION AND VENUE

2.      This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1345.

3.      Defendant, Buzy Bees Construction, LLC, and its successors, is an Illinois corporation, and is within the jurisdiction of this Court.

### COUNT I

4.      Civil money penalties in the amount of $12,168.00, plus administrative costs and fees and interest of $5,637.72, for a total of $17,805.72, were assessed against Buzy Bees Construction, LLC in accordance with 29 C.F.R. § 1926.501(b)(13) and 1926.1053(b)(1).

5.      Written demand for payment has been made upon the defendant, but Buzy Bees Construction LLC, and its successors, and it has failed and refused to pay said amount.

## COUNT II

6.      Civil money penalties in the amount of $8,296.00, plus administrative costs and fees and interest of $4,016.13, for a total of $12,312.13, were assessed against Buzy Bees Construction, LLC in accordance with 29 C.F.R. §1926.102(a)(1); 1926.152(a)(1); 1926.501(b)(13); and 1910.1200(e)(1).

7.      Written demand for payment has been made upon the defendant, but Buzy Bees Construction LLC, and its successors, and it has failed and refused to pay said amount.

WHEREFORE, the plaintiff, United States of America, demands judgment against Buzy Bees Construction, LLC and its successors in the amount of $30,117.85; plus interest at the legal rate, and such other relief as the Court deems just and proper. *See Exhibit A,* Certificate of Indebtedness.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

ADAM E. HANNA
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, IL  62208-1344
Phone: (618)628-3700
Email: Adam.Hanna@usdoj.gov